STANLEY GROMACKI, JR. *v.* MARY BENITO ET AL.
(13563)

O'CONNELL, FOTI and HENNESSY, Js.

Submitted on briefs February 17—decision released April 4, 1995

*Leonard M. Crone* filed a brief for the appellant (plaintiff).

*Dean E. Weddall* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.